DÍAZ, PLAINTIFF AND APPELLEE, v. PORTO RICO RAILWAY, LIGHT
& POWER COMPANY, DEFENDANT AND APPELLANT.

APPEAL from the First District Court of San Juan in an
Action for Damages.—Motion for Dismissal.

No. 2983.—Decided April 3, 1923.

APPEAL—DILIGENCE—BAD FAITH.—The mere fact that after filing the notice of
appeal the appellant obtained five extensions of thirty days for presenting
a statement of the case and has not filed the transcript in the Supreme
Court does not show of itself the lack of diligence or bad faith necessary
to be proved in order to justify the dismissal of an appeal under Rule 59
of the Supreme Court.

The facts are stated in the opinion.

Mr. J. H. Brown for the appellant.

Mr. E. Rincón and L. Vizcarrondo for the appellee.

MR. JUSTICE WOLF delivered the opinion of the court.

A motion to dismiss an appeal involving section 59 of
the rules of this court, as follows:

"After the expiration of ninety days from the time of the notice
of the appeal, and even if any extension of time has been allowed
by the court below, any case not previously filed in this Court may,
in the discretion of the Court, be dismissed on motion if it be
shown satisfactorily that the appellant has not prosecuted his ap-
peal with due diligence or in good faith, or that the appeal is a
frivolous one."

The principal facts relied on are that after filing the
notice of appeal the appellant obtained five extensions of
thirty days each for presenting a statement of the case to
the court below and that the record still has not been filed
in this court. No other lack of diligence or bad faith is
charged or proved. Without considering, therefore, the ex-
cuses of appellant, the question is whether these continuous
extensions constitute negligence. The question does not
seem to be an open one. In Vega et al. v. Rodríguez, 19 P.
R. R. 952, we held, considering rule 59, that when the court

ordered amendments to a statement the appellant could not be considered negligent; that the mere lapse of ninety days was not sufficient. *Belaval* v. *Todd,* 21 P. R. R. 419, was a case where, the appeal being taken on May 24, 1914, the appellant did not ask for the stenographer's notes until June 8 and did not insist upon having them until September, after vacation, and then applied for a new extension. This court held that little activity was displayed, but that the facts did not show negligence, citing *Vega* v. *Rodríguez, supra.* *Bird* v. *Succession of López,* 22 P. R. R. 157, is to the same effect.

Under these circumstances the motion must be overruled.

*Motion overruled.*

Chief Justice Del Toro and Justices Aldrey, Hutchison and Franco Soto concurred.